**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REGINAL LEE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER WRAY, *et al.*,<br><br>Defendants. | Civil Action No. 22-03297 (GC)<br><br>**MEMORANDUM ORDER** |

**CASTNER, District Judge**

**IT APPEARING** that Plaintiff Reginal Lee Davis has filed a Motion for a "Final Restraining Order" under Federal Rule of Civil Procedure (Rule) 65 (ECF No. 13) under the above caption; and

**IT FURTHER APPEARING** that:

a. On June 6, 2022, the Court granted Plaintiff's application to proceed *in forma pauperis*, dismissed Plaintiff's Complaint without prejudice, and granted Plaintiff thirty days to file a proposed amended complaint, (ECF No. 2);

b. Plaintiff's failure to file an amended pleading within thirty days rendered the Court's June 6, 2022 Order dismissing this matter as final, *see Batoff v. State Farm Ins. Co.*, 977 F.2d 848, 851 n.5 (3d Cir. 1992);

c. Plaintiff did not file any further submissions in this matter for over two years until July 30, 2024, when Plaintiff filed an indecipherable submission that contained neither a request for relief consistent with the Federal Rules of Civil Procedure or Local Civil

Rules, nor a "short and plain statement of the claim showing that the pleader is entitled to relief" under Rule 8(a)(2);

d. Plaintiff's Motion does not assert any cause of action, seek any relief beyond asking the Court to restrain the Defendants from "denial of life, liberty," and "property," or provide any factual allegations in support of the Motion that the Court is able to decipher;

e. Plaintiff has not established that he is reasonably likely to succeed on the merits of any claim or that he will be irreparably injured by denial of relief, *see Reilly v. City of Harrisburg*, 858 F.3d 173, 176 (3rd Cir. 2017);

**IT IS** on this 5th day of November 2024 **ORDERED** as follows:

1. Plaintiff's Motion for a Final Restraining Order (ECF No. 13) is **DENIED**. The Clerk is directed to **TERMINATE** the Motion pending at ECF No. 13.

2. This matter shall remain **CLOSED**. The Clerk's Office is directed that no further submissions should be filed on the docket in this matter.

3. The Clerk's Office is directed to mail Plaintiff a copy of this Memorandum Order.

_____
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**